DRAFT – June 11, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GETRO MILFORT,

                Plaintiff,

     v.

COURT OFFICER FELIX PREVETE, and
COUT OFFICER CHRISTOPHER FERRARI,

            Defendant.
-----------------------------------------------------------------x

**VERDICT SHEET**

10 CV 4467

**I. FALSE ARREST:**

1. Did Mr. Milfort prove by a preponderance of the credible evidence that Officer Prevete falsely arrested him on June 18, 2010?

   YES_____   NO_____

2. Did Mr. Milfort prove by a preponderance of the credible evidence that Officer Ferrari falsely arrested him on June 18, 2010?

   YES_____   NO_____

3. (a) Did Mr. Milfort prove by a preponderance of the credible evidence that he suffered actual compensatory damages as a result of being falsely arrested by Officer Prevete?

   YES_____   NO_____

   (b) If "YES," you must state a dollar amount of any actual compensatory damages Mr. Milfort has proven he sustained that were proximately caused by Officer Prevete's false arrest.

   $_____

    (c) Did Mr. Milfort prove by a preponderance of the credible evidence that he suffered actual compensatory damages as a result of being falsely arrested by Officer Ferrari?

    YES_____        NO_____

    (b) If "YES," you must state a dollar amount of any actual compensatory damages Mr. Milfort has proven he sustained that were proximately caused by Officer Ferrari's false arrest.

    $_____

4.    (a) Did Mr. Milfort prove by a preponderance of the credible evidence that he is entitled to punitive damages against Officer Prevete on his false arrest claim?

    YES_____        NO_____

If "YES," state the dollar amount of punitive damages Mr. Milfort has proven he is entitled to.

$_____

    (b) Did Mr. Milfort prove by a preponderance of the credible evidence that he is entitled to punitive damages against Officer Ferrari on his false arrest claim?

    YES_____        NO_____

If "YES," state the dollar amount of punitive damages Mr. Milfort has proven he is entitled to.

$_____

**II. EXCESSIVE FORCE:**

5.  (a) Did Mr. Milfort prove by a preponderance of the credible evidence that Officer Prevete used excessive force against plaintiff on June 18, 2010?

    YES_____    NO_____

    (b) Did Mr. Milfort prove by a preponderance of the credible evidence that he suffered actual compensatory damages as a result of Officer Prevete's use of excessive force against Mr. Milfort?

    YES_____    NO_____

    (c) If "YES," state the dollar amount of any actual compensatory damages Mr. Milfort has proven he sustained that were proximately caused by Officer Prevete's use of excessive force against Mr. Milfort.

    $_____

    (d) If you find that Officer Ferrari used excessive force against Mr. Milfort but find that Mr. Milfort did not prove he sustained any compensatory damages as a result of the violation, what amount of nominal damages, not to exceed one dollar, do you award Mr. Milfort?

    $_____

6.  (a) Did Mr. Milfort prove by a preponderance of the credible evidence that Officer Ferrari used excessive force against plaintiff on June 18, 2010?

    YES_____    NO_____

    (b) Did Mr. Milfort prove by a preponderance of the credible evidence that he suffered actual compensatory damages as a result of Officer Ferrari's use of excessive force against Mr. Milfort?

    YES_____    NO_____

    (c) If "YES," state the dollar amount of any actual compensatory damages Mr. Milfort has proven he sustained that were proximately caused by Officer Ferrari's use of excessive force against Mr. Milfort.

    $_____

DRAFT – June 11, 2013

(d) If you find that Officer Ferrari used excessive force against Mr. Milfort but find that Mr. Milfort did not prove he sustained any compensatory damages as a result of the violation, what amount of nominal damages, not to exceed one dollar, do you award Mr. Milfort?

$_____

7. Did Mr. Milfort prove by a preponderance of the credible evidence that he is entitled to punitive damages against Officer Prevete on his excessive force claim?

   YES_____    NO_____

   If "YES," state the dollar amount of punitive damages Mr. Milfort has proven he is entitled to.

   $_____

8. Did Mr. Milfort prove by a preponderance of the credible evidence that he is entitled to punitive damages against Officer Ferrari on his excessive force claim?

   YES_____    NO_____

   If "YES," state the dollar amount of punitive damages Mr. Milfort has proven he is entitled to.

   $_____

THE FOREPERSON SHOULD DATE AND SIGN THE VERDICT FORM, PLACE IT IN A SEALED ENVELOPE MARKED "VERDICT" AND HAND IT TO THE MARSHALL.

**Your foreperson must now sign and date the verdict sheet**

_____
Signature of foreperson

Dated: Brooklyn, New York
       June_____, 2013

4