UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
GETRO MILFORT,

              Plaintiff,

   -against-

COURT OFFICER FELIX PREVETE and
COURT OFFICER CHRISTOPHER
FERRARI,

              Defendants.
------------------------------------------------------X

**VERDICT FORM WITH RESPECT TO COURT OFFICER CHRISTOPHER FERRARI**

10-CV-4467
(Kuntz, J.)

Nothing said in the Verdict Form is meant to suggest what your verdict should be. You alone have the responsibility for deciding the verdict.

**Verdict Form**

WE, the jury, unanimously find, with respect to each question below, that the Plaintiff GETRO MILFORT has satisfied his burden of proof by a preponderance of the evidence:

*The parties have stipulated that Defendant CHRISTOPHER FERRARI acted under color of state law. Therefore, you are instructed that this element is satisfied with respect to Plaintiff GETRO MILFORT'S claims under 42 U.S.C. § 1983.

**Question 1**
Did Defendant CHRISTOPHER FERRARI intentionally or recklessly commit an act that violated Plaintiff GETRO MILFORT'S Fourth Amendment right to be free from false arrest?

Answer:  ___✓___ Yes  _____ No



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 10cv4467
DATE: 6-12-13

1

**Question 2**
Did Defendant CHRISTOPHER FERRARI intentionally or recklessly commit an act that violated Plaintiff GETRO MILFORT'S Fourth Amendment right to be free from excessive force?

Answer: _____ Yes     ✓ No

IF YOU ANSWERED "YES" TO EITHER QUESTION 1 OR QUESTION 2, PROCEED TO QUESTION 3. IF YOU ANSWERED "NO" TO BOTH QUESTION 1 AND QUESTION 2, HAVE THE FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS WITH RESPECT TO DEFENDANT CHRISTOPHER FERRARI.

**Question 3**
Would a reasonably competent police officer, faced with the circumstances before Defendant CHRISTOPHER FERRARI, have known that Defendant CHRISTOPHER FERRARI'S conduct violated federal law?

Answer: _____ Yes     ✓ No

IF YOU ANSWERED "YES" TO QUESTION 3, PROCEED TO QUESTION 4. OTHERWISE HAVE THE FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS WITH RESPECT TO DEFENDANT CHRISTOPHER FERRARI.

**Question 4**
Did Defendant CHRISTOPHER FERRARI'S acts, described in Question 1 and Question 2 above, proximately cause injury to the Plaintiff, GETRO MILFORT?

Answer: _____ Yes     _____ No

IF YOU ANSWERED "YES" TO QUESTION 4, PROCEED TO QUESTION 5(A), AND SKIP QUESTION 5(B).

IF YOU ANSWERED "NO" TO QUESTION 4, SKIP QUESTION 5(A), AND PROCEED TO QUESTION 5(B).

### Question 5(A)

Please state the amount that will fairly compensate Plaintiff GETRO MILFORT for any injury he actually sustained as a result of Defendant CHRISTOPHER FERRARI'S conduct.

Answer: $ _____
        (Fill in Dollar Figure)

### Question 5(B)

Because we answered "No" to Question 4, Plaintiff GETRO MILFORT is awarded nominal damages in the amount of $1.00.

AFTER ANSWERING QUESTION 5, PROCEED TO QUESTION 6.

### Question 6(A)

Did Defendant CHRISTOPHER FERRARI act maliciously or wantonly in violating Plaintiff GETRO MILFORT'S rights?

Answer:  _____ Yes        _____ No

IF YOU ANSWERED "YES" TO QUESTION 6(A), PROCEED TO QUESTION 6(B). OTHERWISE, HAVE THE FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS WITH RESPECT TO DEFENDANT CHRISTOPHER FERRARI.

### Question 6(B)

Do you award punitive damages against Defendant CHRISTOPHER FERRARI?

Answer:  _____ Yes        _____ No

If yes, in what amount?

Answer: $ _____
        (Fill in Dollar Figure)

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

JURY FOREPERSON: _[signature]_

DATE: 6-12-13

3